25681. GORMLEY, Superintendent of banks, *v.* HART.

SUTTON, J. This case is controlled by the decision of the Supreme Court in *Gormley* v. *Searcy,* 182 *Ga.* 675 (186 S. E. 737), and by the decision of this court in the same case in 54 *Ga. App.* 372 (188 S. E. 65).

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED OCTOBER 19, 1936.

374

*E. W. Maynard,* for plaintiff.

*P. O. Holliday, T. S. Felder, Ryals, Anderson & Anderson, Jones, Johnston, Russell & Sparks,* for defendant.